# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY R. OLSON, | No. 2:15-cv-0646-MCE-CMK |
| Plaintiff, | |
| vs. | ORDER |
| HORNBROOK COMMUNITY SERVICES DISTRICT, et al., | |
| Defendants. | |

Plaintiff, proceeding pro se, brings this civil action. Pending before the court is plaintiff's motion for additional time to file an amended complaint (Docs. 10, 11). Plaintiff's second amended complaint was filed on November 2, 2017. Given the subsequent filing of the amended complaint, the request for additional time is now moot. The second amended complaint is deemed timely filed, and will be addressed separately.

SO ORDERED.

DATED: March 15, 2018

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1