# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY R. OLSON, | No. 2:15-CV-0646-MCE-CMK |
| Plaintiff, | |
| vs. | ORDER |
| HORNBROOK COMMUNITY SERVICES DISTRICT, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the court is plaintiff's motion (Doc. 12) to file a second amended complaint. A review of the docket reflects that plaintiff's second amended complaint was filed on November 2, 2017. The current motion is, therefore, unnecessary and is denied as such. Plaintiff's second amended complaint will be addressed separately.

IT IS SO ORDERED.

DATED: August 7, 2018

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1