# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY R. OLSON, | No. 2:15-cv-00646-MCE-DMC |
| Plaintiff, | |
| v. | ORDER |
| HORNBROOK COMMUNITY SERVICES DISTRICT, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On August 31, 2018, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. Timely objections to the findings and recommendations have been filed. In addition, Plaintiff filed a document captioned "Request for Reconsideration of Findings and Recommendations Concerning Second Amended Complaint" (ECF No. 20), which the court construes as additional objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations are not supported by the record and

1

by proper analysis. Plaintiff should not have been prohibited from filing a complaint in excess of 25 pages, particularly given the number of defendants in this matter, as well as the volume of claims being asserted. Moreover, Plaintiff properly asked for permission to file an expanded pleading in any event concurrently with her submission of the Second Amended Complaint. ECF No. 13.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 31, 2018, are rejected;
2. Plaintiff's Request for Review and Acceptance of Amended Complaint (ECF No. 13) is GRANTED;
3. Plaintiff's Request for Reconsideration (ECF No. 20) is DENIED as moot;
3. Plaintiff's Second Amended Complaint (ECF No. 14) is deemed properly filed and Defendants are ordered to respond to that pleading not later than twenty (20) days after the date this Order is electronically filed.

IT IS SO ORDERED.

Dated: January 2, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE