UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY R. OLSON, | No. 2:15-cv-00646-MCE-DMC-PS |
| Plaintiff, | |
| v. | ORDER |
| HORNBOOK COMMUNITY SERVICES DISTRICT, et al., | |
| Defendants. | |

Plaintiff Kimberly R. Olson, who proceeds without counsel, initially filed this action on March 23, 2015 (ECF No. 1). On August 31, 2018, the assigned Magistrate Judge recommended that this matter be dismissed for failure to comply with both court orders and the provisions of Federal Rule of Civil Procedure 8 (ECF No. 17). Thereafter, on January 4, 2019, this Court rejected those findings and recommendations and deemed Plaintiff's Second Amended Complaint to be properly filed. Given that rejection, the Court, in exercising its discretion, will withdraw its reference to the Magistrate Judge and handle the remainder of this matter for all purposes.

The Court is in receipt of Plaintiff Olson's letter dated January 14, 2019 which states that no Defendants have yet been served and requests service by the U.S. Marshal given the fact that Plaintiff is proceeding in this matter *in forma pauperis* (ECF

No. 22). Given the lack of service to date, that portion of the Court's January 14, 2019 Order directing Defendants to file a responsive pleading within twenty (20) days after that Order was filed is hereby stricken.

In addition, for the foregoing reasons, IT IS HEREBY ORDERED that:

1. The reference of this matter to the assigned Magistrate Judge in accordance with Local Rule 302(c)(21) is hereby withdrawn, with the undersigned to handle the remainder of this case for all purposes pursuant to Rule 302(d).

2. Service of the Second Amended Complaint is appropriate for the Defendants named herein.

3. The Clerk of Court is directed to issue forthwith all process pursuant to Federal Rule of Civil Procedure 4.

4. The Clerk of Court shall send Plaintiff one USM-285 form and one summons for each Defendant.

5. Plaintiff is advised that to effectuate service, the U.S. Marshal will require:
   a. One completed summons;
   b. One completed USM-285 form for each Defendant to be served;
   c. A copy of the complaint for each Defendant to be served, with an extra copy for the U.S. Marshal.

6. Plaintiff shall supply the U.S. Marshal, within thirty (30) days from the date this Order is filed, with all information needed by the U.S. Marshal to effectuate service of process, and shall, within ten (10) days thereafter, file a statement with the Court that such documents have been submitted to the U.S. Marshal.

7. The U.S. Marshal shall serve process, with copies of this Court's scheduling order and related documents, within ninety (90) days of receipt of the required information from Plaintiff, without prepayment of costs.

///

8. If a Defendant waives service, the Defendant is required to return the signed waiver to the U.S. Marshal. The filing of an answer or a responsive motion does not relieve a Defendant of this requirement, and the failure to return the signed waiver may subject a Defendant to an order to pay the costs of service by the U.S. Marshal.

9. The Clerk of Court shall serve a copy of this Order on the U.S. Marshal.

10. Failure to comply with this Order may result in any appropriate sanctions, including monetary sanctions and/or dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

Dated: April 5, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE