**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIMBERLY R. OLSON,<br><br>  Plaintiff,<br><br>  v.<br><br>HORNBROOK COMMUNITY<br>SERVICES DISTRICT, et al.,<br><br>  Defendants. | No. 2:15-CV-0646-KJM-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. On March 18, 2020, the Chief District Judge issued General Order 612 in light of the COVID-19 virus outbreak. That order provides in relevant part:

> All of the court's civil matters will be decided on the papers, or if the assigned Judge believes a hearing is necessary, the hearing will be held by telephone or videoconference. This applies to all matters including motion hearings, case management conferences, pretrial conferences, and settlement conferences.

Pending before the Court are the following motions:

ECF No. 34   Motion to dismiss filed by defendants Basic Laboratory, Inc., and Ernest Goff.

ECF No. 37   Motion to dismiss filed by defendants Robert Lucas and the law firm Murphy, Pearson, Bradley & Feeney.

/ / /

1

| | | |
|---|---|---|
| ECF No. 38 | Motion to strike filed by defendants Robert Lucas and the law firm Murphy, Pearson, Bradley & Feeney. | |
| ECF No. 44 | Motion to dismiss filed by defendants Basic Laboratory, Inc., and Ernest Goff. | |
| ECF No. 99 | Plaintiff's motion for an extension of time to file a reply to the answer filed by defendant Julie Bowles. | |
| ECF No. 104 | Plaintiff's motion for default judgment. | |
| ECF No. 108 | Motion to dismiss filed by defendants Robert Winston, Kirsher, and Winston & Boston, L.C. | |
| ECF No. 109 | Motion to strike filed by defendants Robert Winston, Kirsher, and Winston & Boston, L.C. | |
| ECF No. 116 | Plaintiff's motion to strike. | |

Pursuant to GO 612, the foregoing matters are all submitted on the papers and the hearing set for March 25, 2020, before the undersigned in Redding, California, is hereby vacated.

Also before the Court is Plaintiff's motion for an extension of time to May 11, 2020, to file a response to the motion to dismiss filed by defendants Robert Winston, Kirsher, and Winston & Boston, L.C. See ECF No. 117. Good cause appearing therefor, plaintiff's motion is granted. Following completion of briefing, to the motion to dismiss filed by defendants Robert Winston, Kirsher, and Winston & Boston, L.C. will also stand submitted on the papers.

IT IS SO ORDERED.

Dated: March 19, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE