# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY R. OLSON, | No. 2:15-CV-0646-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| HORNBROOK COMMUNITY SERVICES DISRICT, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is plaintiff's request for a stay of the briefing schedule for pending motions established in the March 20, 2020, order. See ECF No. 119.

On March 20, 2020, the Court ordered various pending motions submitted on the papers and vacated the hearing set for March 25, 2020, on the motions to dismiss and strike, ECF Nos. 108 and 109, filed by defendants Robert Winston, Kirsher, and Winston & Boston, L.C. As to the motions to dismiss and strike, the Court granted plaintiff until May 11, 2020, to file an opposition. Finally, the Court ordered that, upon completion of briefing on the motions to dismiss and strike, those motions would also stand submitted on the papers.

/ / /

/ / /

1

In her motion to stay the briefing schedule, plaintiff cites her disability, lack of access to transportation, and long distance from her rural residence in far north California to the closest place to conduct legal research in Medford, Oregon, as well as shelter-in-place orders issued by the governors of California and Oregon, and advises the Court that she will be unable to participate in the litigation during the current COVID-19 emergency. See ECF No. 119. Plaintiff requests a stay of briefing on the motions to dismiss and stay. See id. Plaintiff also requests a stay of briefing on her motion to strike affirmative defenses, ECF No. 116, filed on February 28, 2020, but not at that time noticed for a hearing. See id. Plaintiff has no objection to submission of the other pending motions outlined in the Court's March 20, 2020, order. See id.

The Court finds the relief plaintiff requests is reasonable under the circumstances and, for good cause shown, plaintiff's motion will be granted. Briefing on the motions to dismiss and strike, ECF Nos. 108 and 109, filed by defendants Robert Winston, Kirsher, and Winston & Boston, L.C., is stayed for 30 days from the date of this order. Briefing on plaintiff's motion to strike affirmative defenses, ECF No. 116, is also stayed for 30 days from the date of this order. Upon expiration of the stay of briefing, the Court will issue an order either setting a new briefing schedule or continuing the stay.

IT IS SO ORDERED.

Dated: March 30, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE