**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIMBERLY R. OLSON, | No. 2:15-CV-0646-KJM-DMC |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| HORNBROOK COMMUNITY SERVICES DISTRICT, et al., | |
| Defendants. | |

      Plaintiff, who is proceeding pro se, brings this civil action. On March 31, 2020, the Court issued a stay of briefing on pending motions for a period of 30 days on plaintiff's request and in light of the COVID-19 pandemic. <u>See</u> ECF No. 121. Pending before the Court is plaintiff's renewed motion for a stay of briefing and notice of inability to participate due to circumstances surrounding the pandemic. <u>See</u> ECF No. 122. Good cause appearing therefor, plaintiff's motion is construed as a motion to continue the stay issued on March 31, 2020, and, so construed, plaintiff's motion is granted. The stay of briefing on the pending motions outlined on ///

///

///

///

1

1  the Court's March 31, 2020, order shall continue to July 1, 2020.

2          IT IS SO ORDERED.

4  Dated: May 26, 2020

                                              DENNIS M. COTA
                                              UNITED STATES MAGISTRATE JUDGE