**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIMBERLY R. OLSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HORNBROOK COMMUNITY<br>SERVICES DISTRICT, et al.,<br><br>　　　　　Defendants. | No. 2:15-CV-0646-KJM-DMC<br><br><br><u>ORDER</u> |

　　　　　Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court are a number of motions filed by plaintiff which are procedurally defective.

　　　　　On February 28, 2020, plaintiff filed a motion to strike affirmative defenses pleaded in the answer of defendant Julie Bowles. <u>See</u> ECF No. 116. On February 6, 2020, and July 15, 2020, plaintiff filed motions for default judgments. <u>See</u> ECF Nos. 104, 124, and 126. These motions, which all seek substantive relief, are defective because they were not noticed for a hearing. <u>See</u> E. Dist. Cal. Local Rule 230(b). For this reason, the motions at ECF Nos. 104, 116,

/ / /

/ / /

/ / /

/ / /

1

124, and 126 are stricken. Plaintiff's motion for an extension of time, ECF No. 99, to file her motion to strike affirmative defenses pleaded by defendant Julie Bowles is denied as moot. The Clerk of the Court is directed to terminate these matters as pending motions.

        IT IS SO ORDERED.

Dated: September 17, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE