IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY R. OLSON,<br><br>    Plaintiff,<br><br>    v.<br><br>HORNBROOK COMMUNITY SERVICES DISTRICT, et al.,<br><br>    Defendants. | No. 2:15-CV-0646-KJM-DMC<br><br><br>ORDER |

    Plaintiff, who is proceeding pro se, brings this civil action. Pursuant to Eastern District of California Local Rule 230(g), the hearing scheduled for November 4, 2020, at 10:00 a.m., before the undersigned in Redding, California, on Plaintiff's motions for default judgment, ECF Nos. 140, 141, 142, and 143, and Defendant Gifford's motion for finalization of a settlement agreement, ECF No. 144, is hereby taken off calendar. These, and all other pending motions, are submitted on the record and briefs without oral argument or further briefing.

    IT IS SO ORDERED.

Dated: October 29, 2020

                                        DENNIS M. COTA<br>                                        UNITED STATES MAGISTRATE JUDGE