# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY R. OLSON, | No. 2:15-CV-0646-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| HORNBROOK COMMUNITY SERVICES DISTRICT, et al., | |
| Defendants. | |

      Plaintiff, who is proceeding pro se, brings this civil action. Pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for December 9, 2020, at 10:00 a.m., before the undersigned in Redding, California, on Defendants' amended motions to dismiss and strike, ECF Nos. 153 and 154, is hereby taken off calendar because Plaintiff has not filed an opposition to the motions. These, and all other pending motions, are submitted on the record and briefs without oral argument or further briefing.

      IT IS SO ORDERED.

Dated: November 30, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1