**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIMBERLY R. OLSON, | No. 2:15-CV-0646-KJM-DMC |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| HORNBROOK COMMUNITY SERVICES DISTRICT, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. Pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for January 13, 2021, at 10:00 a.m., before the undersigned in Redding, California, on Plaintiff's motion for reconsideration, ECF No. 162, is hereby taken off calendar because no opposition to the motion has been filed. These, and all other pending motions, are submitted on the record and briefs without oral argument or further briefing.

IT IS SO ORDERED.

Dated: January 12, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1