IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY R. OLSON,<br><br>   Plaintiff,<br><br>   v.<br><br>HORNBROOK COMMUNITY SERVICES DISTRICT, et al.,<br><br>   Defendants. | No.  2:15-CV-0646-KJM-DMC<br><br><br>ORDER |

   Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Plaintiff's motion for an extension of time to file objections to the Court's March 7, 2024, findings and recommendations. <u>See</u> ECF No. 175 (erroneously docketed as objections to findings and recommendations). Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to her disability, distance to the nearest law library, and limited transportation, Plaintiff's motion will be granted. Plaintiff's motion was filed on March 18, 2024. Given that Plaintiff has had since that time to prepare her objections, the Court is not inclined to provide Plaintiff an extension of 60 days from the date of this order, as requested. Instead, the Court will provide a 45-day extension of time.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time, ECF No. 175, is GRANTED in part.

2. The parties may file objections to the Court's March 7, 2024, findings and recommendations within 45 days of the date of this order.

Dated:  August 7, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE