IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY R. OLSON,<br><br>    Plaintiff,<br><br>    v.<br><br>HORNBROOK COMMUNITY SERVICES DISTRICT, et al.,<br><br>    Defendants. | No. 2:15-CV-0646-KJM-DMC<br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. An answer has been filed and this case is now at issue and ready for scheduling. A scheduling conference is set before the undersigned on September 18, 2024, at 10:00 a.m., via Zoom. The Court will provide the parties with connection information separately. On or before September 4, 2024, the parties shall meet and confer and file a joint scheduling conference statement pursuant to Eastern District of California Local Rule 240(a).

IT IS SO ORDERED.

Dated: August 7, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1