IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY R. OLSON,<br><br>    Plaintiff,<br><br>    v.<br><br>HORNBROOK COMMUNITY SERVICES DISTRICT, et al.,<br><br>    Defendants. | No. 2:15-CV-0646-KJM-DMC<br><br>ORDER |

        Plaintiff, who is proceeding pro se, brings this civil action. Plaintiff has filed a notice of voluntary dismissal of the following defendants: (1) Robert Winston; (2) the law firm Kirsher, Winston & Boston, LLC; and (3) the law firm Murphy, Pearson, Bradley & Feeney. See ECF No. 177. Because no answer or motion for summary judgment has been filed by these defendants, leave of Court is not required and these defendants are dismissed on Plaintiff's notice. See Fed. R. Civ. P. 41(a)(1)(A)(i).

        IT IS SO ORDERED.

Dated: August 7, 2024

                                            _____<br>
                                            DENNIS M. COTA<br>
                                            UNITED STATES MAGISTRATE JUDGE