IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY R. OLSON,<br><br>Plaintiff,<br><br>v.<br><br>HORNBROOK COMMUNITY SERVICES DISTRICT, et al.,<br><br>Defendants. | No. 2:15-CV-0646-DC-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. A settlement conference was scheduled for April 7, 2026, at 9:30 a.m. in Redding, California, before the undersigned. See ECF No. 183. On the Court's own motion, the settlement conference will be reset for April 14, 2026, at 10:00 a.m. in Redding, California, before the undersigned.

On or before March 31, 2026, the parties must execute and <u>file</u> the attached Waiver of Disqualification to allow the undersigned to conduct the settlement conference. If waivers are not filed by all parties participating in the settlement conference by this date, the hearing will be vacated and, on the parties' joint request, the matter will be referred to another Magistrate Judge for purposes of conducting a settlement conference.

///

///

1

Should the parties waive disqualification, concurrent with their filed waivers, the parties are directed to each submit a confidential settlement conference statement <u>directly to chambers</u> by April 7, 2026, via email to dmcorders@caed.uscourts.gov. These statements <u>shall not be filed</u>. Unless otherwise notified by the undersigned, counsel shall be accompanied by a person able to dispose of the case or be fully authorized to settle the matter on any terms. See Local Rule 270(f)(1).

Accordingly, it is HEREBY ORDERED:

1. The settlement conference is reset to April 14, 2026, at 10:00 a.m. in Redding, California, before the undersigned;

2. Parties shall file the attached waiver of disqualification or the matter will be referred to another Magistrate Judge for purposes of conducting a settlement conference;

3. If parties waive disqualification, parties shall submit confidential settlement conference statements directly to chambers on or before April 7, 2026, via email to dmcorders@caed.uscourts.gov.

Dated: November 12, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIMBERLY R. OLSON, | No. 2:15-CV-0646-DC-DMC |
| Plaintiff, | |
| v. | ORDER |
| HORNBROOK COMMUNITY SERVICES DISTRICT, et al., | |
| Defendants. | |

<u>WAIVER OF DISQUALIFICATION</u>

Pursuant to Eastern District of California Local Rule 270(b), the parties to the

3

herein action affirmatively request that the assigned Magistrate Judge participate in the settlement conference and further, the parties waive any claim of disqualification to Judge Cota thereafter hearing and determining matters in this case in accordance with 28 U.S.C. § 636(b)(1) and Eastern District of California Local Rule 302.

DATED: _____         _____
                                  By:   For Plaintiff(s)

DATED: _____         _____
                                  By:   For defendant(s)