# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

KIMBERLY R. OLSON,

       Plaintiff,

    v.

HORNBROOK COMMUNITY
SERVICES DISTRICT, et al.,

       Defendants.

No.  2:15-CV-0646-DC-DMC

ORDER

Plaintiff, who is proceeding pro se, brings this civil action.  This matter has been set for a settlement conference before the undersigned.  On November 12, 2025, the Court issued an order advising that the undersigned could not conduct a settlement conference absent waivers of disqualification filed by all parties.  See ECF No. 187.  The parties were advised that, if waivers of disqualification were not filed by March 31, 2026, the matter could be referred to another Magistrate Judge to conduct the settlement conference.  See id.  To date, no party has filed a waiver of disqualification of the undersigned to conduct a settlement conference in this case.  The settlement conference will, therefore, be vacated.  Should the parties be amenable to a settlement conference being set before another Magistrate Judge, they shall file a joint request for a settlement conference.

/ / /

1

Accordingly, IT IS HEREBY ORDERED that the settlement conference set before the undersigned on April 14, 2026, at 10:00 a.m., is VACATED.

Dated:  April 2, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2