**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIMBERLY R. OLSON,<br>Plaintiff,<br>v.<br>HORNBROOK COMMUNITY SERVICES DISTRICT, et al.,<br>Defendants. | No. 2:15-cv-0646-DC-ICD<br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. Pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for November 18, 2026, at 10:00 a.m., before the undersigned in Redding, California, on Defendants' motion to dismiss for lack of prosecution, ECF No. 193, is hereby taken off calendar because no opposition to the motion has been filed. See E.D. Cal. L.R. 230(c). The matter is submitted on the papers without oral argument.

IT IS SO ORDERED.

Dated: November 10, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE